# Exhibit C

FILED DATE: 6/26/2019 1:21 PM 2019L006951

| STATE OF ILLINOIS, CIRCUIT COURT | | **SUMMONS** | *For Court Use Only* FILED 6/26/2019 1:21 PM DOROTHY BROWN CIRCUIT CLERK COOK COUNTY, IL 2019L006951 |
|---|---|---|---|
| Cook | COUNTY | | |

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

TASSYA DIANTI PUTERI, as Special Administrator of the
ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI

**Plaintiff / Petitioner** *(First, middle, last name)*

v.

THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP,
L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and
UNITED TECHNOLOGIES CORPORATION

**Defendant / Respondent** *(First, middle, last name)*

**Case Number**

---

In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent.

In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

**1.    Information about the lawsuit:**

Amount claimed:    $ _____

**2.    Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*:    TASSYA DIANTI PUTERI

Street Address, Apt #:    c/o The Webster Law Firm, 6200 Savoy Dr., Suite 150

City, State, ZIP:    Houston, Texas 77036

Telephone:    (713) 581-3900

☐ See attached for additional Plaintiff/Petitioner contact information

**3.    Contact information for the Defendant/Respondent:**

Name *(First, Middle, Last)*:    ROSEMOUNT AEROSPACE, INC

Street Address, Apt #: _____

City, State, ZIP: _____

Telephone: _____

☑ See attached for additional Defendant/Respondent contact information

---

**Important Information for the person receiving this form:**

You have been sued.

Follow the instructions on the next page on how to appear/answer.

- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*

You should read all of the documents attached.

FILED DATE: 6/26/2019 1:21 PM 2019L006951

In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.

**4.** **Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐ Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** _____

*Seal of Court*

**Clerk of the Court:** _____

**STOP!**
The officer or process server will fill in the Date of Service.

This *Summons* must be served within 30 days of its date, listed above.

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:**

To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:**

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | TASSYA DIANTI PUTERI, as Special Administrator of the ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the name of the person you are suing as Defendant/Respondent. | v. THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and UNITED TECHNOLOGIES CORPORATION | |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

My name is _____ and I swear under oath
*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:

Male: ☐  Female: ☐  Approx. Age: _____ Hair Color: _____

Height: _____ Weight: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ At the Defendant/Respondent's home:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

And left it with: _____
*First, Middle, Last*

Male: ☐  Female: ☐  Approx. Age: _____

and by sending a copy to this defendant in a postage-paid, sealed envelope to the

above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

FILED DATE: 6/26/2019 1:21 PM 2019L006951

FILED DATE: 6/26/2019 1:21 PM   2019L006951

| DO NOT complete this section. The sheriff, or private process server will complete it. |
| --- |

**By:**

_____
*Signature*

_____
*Print Name*

**FEES**

| By certified/registered | $ _____ |
| Service and Return | $ _____ |
| Miles: _____ | $ _____ |
| Total   $ _____ | |



Law Bulletin
**Information Network**

150th
LB
Anniversary
1854-2004

Case Number: 2019L-6951
Case Name: PUTERI, AS SPECIAL ADMINI v THE BOEING COMPANY
Jurisdiction: Law Division [Chicago, IL 60602]
Complaint: OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)
Filed: 06/24/19

Activity Date: 06/26/19
Activity: SUMMONS ISSUED AND RETURNABLE
Participant: PUTERI, AS SPECIAL ADMINI

.252220.

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

FILED DATE: 6/26/2019 1:21 PM   2019L006951

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | *For Court Use Only*<br>FILED<br>6/26/2019 1:21 PM<br>DOROTHY BROWN<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2019L006951 |
|---|---|---|
| Cook _____ COUNTY | | |

| **Instructions ▾** | | |
|---|---|---|
| Enter above the county name where the case was filed. | TASSYA DIANTI PUTERI, as Special Administrator of the ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and UNITED TECHNOLOGIES CORPORATION | |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

| | |
|---|---|
| In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/ Respondent. | **1.** **Information about the lawsuit:**<br>Amount claimed: $ _____ |
| In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.** **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last):* TASSYA DIANTI PUTERI<br>Street Address, Apt #: c/o The Webster Law Firm, 6200 Savoy Dr., Suite 150<br>City, State, ZIP: Houston, Texas 77036<br>Telephone: (713) 581-3900<br>☐ See attached for additional Plaintiff/Petitioner contact information |
| In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.** **Contact information for the Defendant/Respondent:**<br>Name *(First, Middle, Last):* XTRA AEROSPACE, INC.<br>Street Address, Apt #: _____<br>City, State, ZIP: _____<br>Telephone: _____<br>☑ See attached for additional Defendant/Respondent contact information |

| **Important Information for the person receiving this form:** | You have been sued.<br>Follow the instructions on the next page on how to appear/answer.<br>• If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.<br>• Your written appearance/answer must be filed on time and in the proper form.<br>• Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp<br>If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*<br>You should read all of the documents attached. |
|---|---|

<table>
<tr><td>In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.</td></tr>
</table>

**4.** **Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐ Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** _____   *Seal of Court*

**Clerk of the Court:** _____

**STOP!**
The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:** To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:** E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 6/26/2019 1:21 PM   2019L006951

FILED DATE: 6/26/2019 1:21 PM    2019L006951

| STATE OF ILLINOIS,<br>CIRCUIT COURT<br><br>Cook          COUNTY | AFFIDAVIT OF SERVICE OF<br>SUMMONS AND<br>COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

TASSYA DIANTI PUTERI, as Special Administrator of the
ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI

**Plaintiff / Petitioner** *(First, middle, last name)*

v.
THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR
GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS
AEROSPACE, and UNITED TECHNOLOGIES CORPORATION
**Defendant / Respondent** *(First, middle, last name)*

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

My name is _____ and I swear under oath
*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**
*First, Middle, Last*

- [ ] Personally on the Defendant/Respondent:
  Male: [ ]   Female: [ ]   Approx. Age: _____   Hair Color: _____
  Height: _____   Weight: _____
  On this date: _____ at this time: _____ [ ] a.m. [ ] p.m.
  Address: _____
  City, State, ZIP: _____

- [ ] At the Defendant/Respondent's home:
  On this date: _____ at this time: _____ [ ] a.m. [ ] p.m.
  Address: _____
  City, State, ZIP: _____
  And left it with: _____
  *First, Middle, Last*
  Male: [ ]   Female: [ ]   Approx. Age: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the
  above address on _____ , 20 _____ .

- [ ] On the Corporation's agent, _____
  *First, Middle, Last*
  On this date: _____ at this time: _____ [ ] a.m. [ ] p.m.
  Address: _____
  City, State, ZIP: _____

**By:**

DO NOT complete
this section. The
sheriff, or private
process server will
complete it.

_Signature_ _____

_Print Name_ _____

**FEES**

| | |
|---|---|
| By certified/registered | $ _____ |
| Service and Return | $ _____ |
| Miles: _____ | $ _____ |
| Total $ _____ | |

FILED DATE: 6/26/2019 1:21 PM   2019L006951



**Case Number:** 2019L-6951
**Case Name:** PUTERI, AS SPECIAL ADMINI v THE BOEING COMPANY
**Jurisdiction:** Law Division [Chicago, IL 60602]
**Complaint:** OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)
**Filed:** 06/24/19

**Activity Date:** 06/26/19
**Activity:** SUMMONS ISSUED AND RETURNABLE
**Participant:** PUTERI, AS SPECIAL ADMINI

.252223.

FILED DATE: 6/26/2019 1:21 PM  2019L006951

| STATE OF ILLINOIS, CIRCUIT COURT | | SUMMONS | For Court Use Only |
|---|---|---|---|
| Cook _____ COUNTY | | | FILED 6/26/2019 1:21 PM DOROTHY BROWN CIRCUIT CLERK COOK COUNTY, IL 2019L006951 |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | TASSYA DIANTI PUTERI, as Special Administrator of the ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter the names of all people you are suing as Defendants/ Respondents. | V. THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and UNITED TECHNOLOGIES CORPORATION |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)*    **Case Number** |

| In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent. | **1.** **Information about the lawsuit:** Amount claimed:  $ _____ |
|---|---|
| In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form. | **2.** **Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: TASSYA DIANTI PUTERI Street Address, Apt #:  c/o The Webster Law Firm, 6200 Savoy Dr., Suite 150 City, State, ZIP:  Houston, Texas 77036 Telephone:  (713) 581-3900 ☐ See attached for additional Plaintiff/Petitioner contact information |
| In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form. | **3.** **Contact information for the Defendant/Respondent:** Name *(First, Middle, Last)*: WENCOR GROUP, LLC Street Address, Apt #: _____ City, State, ZIP: _____ Telephone: _____ ☑ See attached for additional Defendant/Respondent contact information |

| **Important Information for the person receiving this form:** | You have been sued. Follow the instructions on the next page on how to appear/answer. • If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking. • Your written appearance/answer must be filed on time and in the proper form. • Forms for a written appearance/answer are available here: http://www.illinoiscourts.gov/forms/approved/default.asp If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.* You should read all of the documents attached. |
|---|---|

FILED DATE: 6/26/2019 1:21 PM    2019L006951

In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.

**4.    Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐ Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** _____    *Seal of Court*

**Clerk of the Court:** _____

**STOP!**
The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

**Plaintiff/Petitioner:**

To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:**

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 6/26/2019 1:21 PM 2019L006951

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|
| Cook _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | TASSYA DIANTI PUTERI, as Special Administrator of the ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI | |
| Enter your name as Plaintiff/Petitioner. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the name of the person you are suing as Defendant/Respondent. | v.<br>THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and UNITED TECHNOLOGIES CORPORATION | |
| Enter the Case Number given by the Circuit Clerk. | **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

| DO NOT complete this section. The sheriff will complete it. | My name is _____ and I swear under oath |
|---|---|

*First, Middle, Last*

that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ **as follows:**

*First, Middle, Last*

☐ Personally on the Defendant/Respondent:

Male: ☐  Female: ☐  Approx. Age: _____  Hair Color: _____

Height: _____  Weight: _____

On this date: _____ at this time: _____ ☐a.m. ☐p.m.

Address: _____

City, State, ZIP: _____

☐ At the Defendant/Respondent's home:

On this date: _____ at this time: _____ ☐a.m. ☐p.m.

Address: _____

City, State, ZIP: _____

And left it with: _____

*First, Middle, Last*

Male: ☐  Female: ☐  Approx. Age: _____

and by sending a copy to this defendant in a postage-paid, sealed envelope to the

above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____

*First, Middle, Last*

On this date: _____ at this time: _____ ☐a.m. ☐p.m.

Address: _____

City, State, ZIP: _____

**By:**

**DO NOT** complete this section. The sheriff, or private process server will complete it.

_____
*Signature*


_____
*Print Name*

**FEES**

| | |
|---|---|
| By certified/registered | $ _____ |
| Service and Return | $ _____ |
| Miles: _____ | $ _____ |
| Total   $ _____ | |

FILED DATE: 6/26/2019 1:21 PM   2019L006951



**Law Bulletin**
**Information Network**

| | |
|---|---|
| **Case Number:** | 2019L-6951 |
| **Case Name:** | PUTERI, AS SPECIAL ADMINI v THE BOEING COMPANY |
| **Jurisdiction:** | Law Division [Chicago, IL 60602] |
| **Complaint:** | OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND) |
| **Filed:** | 06/24/19 |
| | |
| **Activity Date:** | 06/26/19 |
| **Activity:** | SUMMONS ISSUED AND RETURNABLE |
| **Participant:** | PUTERI, AS SPECIAL ADMINI |

.252224.

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

FILED DATE: 6/26/2019 1:21 PM  2019L006951

| STATE OF ILLINOIS, CIRCUIT COURT | **SUMMONS** | *For Court Use Only*<br>FILED<br>6/26/2019 1:21 PM<br>DOROTHY BROWN<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2019L006951 |
|---|---|---|
| Cook         COUNTY | | |

**Instructions ▼**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

TASSYA DIANTI PUTERI, as Special Administrator of the
ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI

**Plaintiff / Petitioner** *(First, middle, last name)*

v.

THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP,
L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and
UNITED TECHNOLOGIES CORPORATION

**Defendant / Respondent** *(First, middle, last name)*

**Case Number**

---

In 1, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent.

In 2, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

In 3, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

1. **Information about the lawsuit:**
   Amount claimed:  $

2. **Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last)*: TASSYA DIANTI PUTERI
   Street Address, Apt #:  c/o The Webster Law Firm, 6200 Savoy Dr., Suite 150
   City, State, ZIP:  Houston, Texas 77036
   Telephone:  (713) 581-3900
   ☐ See attached for additional Plaintiff/Petitioner contact information

3. **Contact information for the Defendant/Respondent:**
   Name *(First, Middle, Last)*: United Technologies Corporation
   Street Address, Apt #:
   City, State, ZIP:
   Telephone:
   ☑ See attached for additional Defendant/Respondent contact information

---

**Important Information for the person receiving this form:**

You have been sued.

Follow the instructions on the next page on how to appear/answer.

- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here:
  http://www.illinoiscourts.gov/forms/approved/default.asp

If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*

You should read all of the documents attached.

---

SU-S 1503.1                              Page 1 of 4                              (09/18)

FILED DATE: 6/26/2019 1:21 PM 2019L006951

| In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response. |
| --- |

**4.  Instructions for person receiving this form (Defendant/Respondent):**

To respond to this *Summons* you must:

☐  Go to court:

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____ Court Room: _____

City, State, ZIP: _____

☐  File a written *Appearance* and *Answer/Response* with the court:

On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

☐  File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address: _____

City, State, ZIP: _____

| **STOP!** The Circuit Clerk will fill in this section. |
| --- |

**Witness this Date:** _____

*Seal of Court*

**Clerk of the Court:** _____

| **STOP!** The officer or process server will fill in the Date of Service. |
| --- |

**This *Summons* must be served within 30 days of its date, listed above.**

Date of Service: _____

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)*

| **Plaintiff/Petitioner:** |
| --- |

To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

| **Attention:** |
| --- |

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp, or talk with your local circuit clerk's office.

FILED DATE: 6/26/2019 1:21 PM   2019L006951

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook    COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

TASSYA DIANTI PUTERI, as Special Administrator of the
ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI

**Plaintiff / Petitioner** *(First, middle, last name)*

v.
THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR
GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS
AEROSPACE, and UNITED TECHNOLOGIES CORPORATION

**Defendant / Respondent** *(First, middle, last name)*

**Case Number**

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

DO NOT complete this section. The sheriff will complete it.

**My name is** _____ **and I swear under oath**
*First, Middle, Last*

**that I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
    Male: ☐    Female: ☐    Approx. Age: _____    Hair Color: _____
    Height: _____    Weight: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____
    And left it with: _____
        *First, Middle, Last*
    Male: ☐    Female: ☐    Approx. Age: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
        *First, Middle, Last*
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

FILED DATE: 6/26/2019 1:21 PM   2019L006951

DO NOT complete this section. The sheriff, or private process server will complete it.

By:

_____
Signature

_____
Print Name

**FEES**

| | |
|---|---|
| By certified/registered | $_____ |
| Service and Return | $_____ |
| Miles: _____ | $_____ |
| Total    $_____ | |



**Case Number:** 2019L-6951
**Case Name:** PUTERI, AS SPECIAL ADMINI v THE BOEING COMPANY
**Jurisdiction:** Law Division [Chicago, IL 60602]
**Complaint:** OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND)
**Filed:** 06/24/19

**Activity Date:** 06/27/19
**Activity:** CASE MANAGEMENT DATE GENERATED
**Participant:** PUTERI, AS SPECIAL ADMINI

.252222.

06/27/19 PUTERI, AS SPECIA
CASE MANAGEMENT DATE GENERATED                    10:00 08/21/19



**Law Bulletin**
**Information Network**

| | |
|---|---|
| **Case Number:** | 2019L-6951 |
| **Case Name:** | PUTERI, AS SPECIAL ADMINI v THE BOEING COMPANY |
| **Jurisdiction:** | Law Division [Chicago, IL 60602] |
| **Complaint:** | OTHER PERSONAL INJURY COMPLAINT FILED (JURY DEMAND) |
| **Filed:** | 06/24/19 |
| | |
| **Activity Date:** | 07/01/19 |
| **Activity:** | SUMMONS - RETD P.S. |
| **Participant:** | PUTERI, AS SPECIAL ADMINI |

.252221.

FILED
7/1/2019 8:48 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019L006951

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| TASSYA DIANTI PUTERI, as Special Administrator of the ESTATE OF YUNINGTYAS UPIEK KARTIKAWATI, Deceased | ) ) ) ) | 5599271 |
| | ) | |
| Plaintiff, | ) ) | CIVIL ACTION No. 2019L006951 |
| | ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| THE BOEING COMPANY, XTRA AEROSPACE, INC., WENCOR GROUP, L.L.C., ROSEMOUNT AEROSPACE, INC., COLLINS AEROSPACE, and UNITED TECHNOLOGIES CORPORATION | ) ) ) ) ) ) ) | |
| Defendants. | | |

Notice and Acknowledgement of Receipt of Summons and Complaint

NOTICE

**TO:** Defendant, Boeing Company, by and through its attorney of record, Mack Shultz, Perkins Coie, LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101.

The enclosed summons and complaint are served pursuant to section 2-213 of the Code of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 30 days.

You must sign and date the acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 30 days, you (or the party on whose behalf you are being served) may be served a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 60 days. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

FILED DATE: 7/1/2019 8:48 AM    2019L006951

I declare, under penalty of perjury, that this notice and acknowledgement of receipt of summons and complaint will have been mailed on June 26, 2019.

Signature: _____

Date of Signature: ___June 26, 2019_____

FILED DATE: 7/1/2019 8:48 AM   2019L006951

ACKNOWLEDGEMENT OF RECIEPT OF

SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above-captioned matter at (insert address).

PRINT or TYPE Name _Mack H. Shultz_

Relationship to Entity/Authority to Receive Service of Process

_attorney for The Boeing Company_

(Not Applicable if you are the named Defendant or Respondent)

Signature: _____

Date of Signature: _6|28|19_